49 F.3d 1092w
 31 Fed.R.Serv.3d 799
 Fred STARLING and Bonnie Starling, Plaintiffs-Appellants,
Cross-Appellees, Appellees,
v.
Charles FULLER, et al., Defendants-Appellees,
and
Jim Boutwell and Williamson County, Texas,
Defendants-Appellees, Cross-Appellants,
and
James Ludlum, Appellant.
 No. 93-8031.
 United States Court of Appeals,
Fifth Circuit.
 April 5, 1995.
Rehearing Denied May 10, 1995.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 74 F.3d 1236.